UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                                     ) | |
| v.    ) | Misc. No. 06-560 (RBW) |
|                                     ) | |
| I. LEWIS LIBBY,    ) | |
|         Defendant.    ) | |
| JOSEPH C. WILSON IV,    ) | |
|         Movant.    ) | |

**ORDER**

Currently before the Court is the Motion of Non-Party Joseph C. Wilson IV to Quash Subpoena and Supporting Memorandum of Point and Authorities ("Mot.").[1] In this motion, Ambassador Wilson asserts that the subpoena served on him should be quashed because his testimony would not be relevant or material to the defense. Mot. at 4. Because it is unclear whether Ambassador Wilson will be called as a witness, see I. Lewis Libby's Response to Joseph C. Wilson's Motion to Quash Subpoena ("Response") at 3, and it is unknown exactly what evidence will be presented during the trial in this matter, it is impossible to determine whether Ambassador Wilson's testimony will be relevant. Moreover, since Ambassador Wilson has yet to be actually called as a witness, he has not been inconvenienced, nor can he establish at this time that the subpoena is unreasonable or oppressive. Accordingly, his motion is premature. Should Ambassador Wilson actually be called to testify, he will be provided advance notice of the need for his testimony, id., after which he can renew this motion if it is appropriate to do so.

---

[1] This Court anticipated hearing argument on this motion on January 10, 2007 at 12:30. However, after reviewing the papers filed in connection with this motion, the Court has concluded that oral argument is unnecessary.

Accordingly, it is hereby

**ORDERED** that the Motion of Non-Party Joseph C. Wilson IV to Quash Subpoena is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED** this 9th day of January, 2007.

_____
REGGIE B. WALTON
United States District Judge